FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

REBECCA WALKER, as Guardian for P.R.P. and P.A.P., minor children; and REBECCA WALKER AND MICHAEL PERAZZO, individually and as the parents of P.A.P and P.R.P,

               Plaintiffs,

    v.

FIRST STUDENT, INC., a Delaware corporation,

               Defendant.

NO:  2:25-CV-0014-TOR

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 16).  The stipulation provides that all claims against Defendant have been resolved and may be dismissed with prejudice with each party bearing their own costs, attorneys' fees, and expenses.  The Court has reviewed the record and files herein and is fully informed.

//

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs, attorneys' fees, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 15, 2026.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2