AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 15, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| REBECCA WALKER, as Guardian for P.R.P. and P.A.P., minor children; and REBECCA WALKER AND MICHAEL PERAZZO, individually and as the parents of P.A.P and P.R.P, <br> *Plaintiff(s)* <br> v. <br><br> FIRST STUDENT, INC., a Delaware corporation <br> *Defendant* | ) ) ) ) ) <br> Civil Action No.  2:25-CV-0014-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Pursuant to the parties' stipulation, this action is DISMISSED with prejudice, each party shall bear their own costs, attorneys' fees, and expenses.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  THOMAS O. RICE

Date:  4/15/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*